IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff
vs
FELIX A. SERRANO-BERRIOS
Defendant

CRIMINAL 13-0181CCC

**ORDER**

Having considered the Report and Recommendation filed on October 8, 2013 (**docket entry 31**) on a Rule 11 proceeding of defendant Félix A. Serrano-Berríos before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 4, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 4, 2013. The **sentencing hearing is set for February 4, 2014 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on October 28, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge